No. 430. SAILORS ET AL. *v.* BOARD OF EDUCATION OF COUNTY OF KENT ET AL. Appeal from D. C. W. D. Mich. Probable jurisdiction noted. *Wendell A. Miles* and *Roger D. Anderson* for appellants. *Robert A. Derengoski,* Solicitor General of Michigan, *Eugene Krasicky,* Assistant Attorney General, and *Paul O. Strawhecker* for appellees.

No. 491. BOARD OF SUPERVISORS OF SUFFOLK COUNTY ET AL. *v.* BIANCHI ET AL. Appeal from D. C. E. D. N. Y. Probable jurisdiction noted. Case is set for oral argument immediately following No. 624. *Stanley S. Corwin, Reginald C. Smith, Pierre G. Lundberg* and *Howard M. Finkelstein* for appellants. *Richard C. Cahn* for appellees.

No. 624. MOODY ET AL. *v.* FLOWERS ET AL. Appeal from D. C. M. D. Ala. Probable jurisdiction noted. Case is set for oral argument immediately following No. 430. *Charles S. Rhyne* and *Brice W. Rhyne* for appellants. *Richmond M. Flowers,* Attorney General of Alabama, *pro se,* and *Gordon Madison,* Assistant Attorney General, for Flowers, and *Truman Hobbs* for Sellers et al., appellees.

No. 240. SECOND NATIONAL BANK OF NEW HAVEN, EXECUTOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *John H. Weir* and *Curtiss K. Thompson* for petitioner. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Pugh, Jack S. Levin, Robert N. Anderson* and *Benjamin M. Parker* for the United States.